```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 15-02850-JJT
Glenn R. Frantz                                                     Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

District/off: 0314-5           User: JGoodling            Page 1 of 1             Date Rcvd: Nov 01, 2017
                               Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2017.
db             +Glenn R. Frantz,    130 Brookshire Lane,    Orwigsburg, PA 17961-9505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2017                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dirk Stephan Berger    on behalf of Creditor    Borough of Orwigsburg dberger@cdblaw.net
              George Meany Lutz    on behalf of Debtor 1 Glenn R. Frantz glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              George Meany Lutz    on behalf of Plaintiff Glenn R. Frantz glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor    VW Credit Leasing, Ltd bkgroup@kmllawgroup.com
              Joseph L Haines    on behalf of Creditor    Tompkins VIST Bank f/k/a Philadelphia Financial
               Mortgage, a Division of Leesport Bank jhaines@hainesattorneys.com
              Martin A Mooney    on behalf of Creditor    VW Credit, Inc. tshariff@schillerknapp.com,
               ahight@schillerknapp.com;kcollins@schillerknapp.com
              Thomas J. Campion, Jr    on behalf of Defendant    FNB Wealth Management tjc@lmbtlaw.com
              Thomas J. Campion, Jr    on behalf of Creditor    FNB Wealth Management tjc@lmbtlaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| GLENN R. FRANTZ | : | |
| | : | |
| Debtor(s) | : | CASE NO. 5:15-bk-02850JJT |
| | : | |
| CHARLES J. DEHART, III | : | |
| CHAPTER 13 TRUSTEE | : | |
| Movant | : | DOCKET NO: 57 |
| | : | |
| vs | : | |
| GLENN R. FRANTZ | : | |
| | : | MOTION TO DISMISS |
| Respondent(s) | : | |

ORDER APPROVING STIPULATION BETWEEN DEBTOR AND TRUSTEE

At Wilkes Barre, PA in said District,

Upon consideration of the STIPULATION filed on October 31, 2017

between the Chapter 13 Trustee and the above-captioned Debtor(s), in reference to the Trustee's

MOTION TO DISMISS for material default filed on or about September 20, 2017.

IT IS HEREBY ORDERED that said Stipulation is APPROVED.

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(JG)

Dated: November 1, 2017