In re:                                                        Case No. 15-02850-JJT
Glenn R. Frantz                                               Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: AGarner          Page 1 of 1          Date Rcvd: Jan 16, 2018
                             Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2018.
db             +Glenn R. Frantz,   130 Brookshire Lane,   Orwigsburg, PA 17961-9505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          Dirk Stephan Berger    on behalf of Creditor    Borough of Orwigsburg dberger@cdblaw.net
          George Meany Lutz    on behalf of Debtor 1 Glenn R. Frantz glutz@hvmllaw.com,
           amerkey@hvmllaw.com;r49419@notify.bestcase.com
          George Meany Lutz    on behalf of Plaintiff Glenn R. Frantz glutz@hvmllaw.com,
           amerkey@hvmllaw.com;r49419@notify.bestcase.com
          James  Warmbrodt    on behalf of Creditor    VW Credit Leasing, Ltd bkgroup@kmllawgroup.com
          Joseph L Haines    on behalf of Creditor    Tompkins VIST Bank f/k/a Philadelphia Financial
           Mortgage, a Division of Leesport Bank jhaines@hainesattorneys.com
          Martin A Mooney    on behalf of Creditor    VW Credit, Inc. tshariff@schillerknapp.com,
           ahight@schillerknapp.com;kcollins@schillerknapp.com
          Thomas J. Campion, Jr    on behalf of Defendant    FNB Wealth Management tjc@lmbtlaw.com
          Thomas J. Campion, Jr    on behalf of Creditor    FNB Wealth Management tjc@pottsvillelaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                      TOTAL: 10

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Glenn R. Frantz | | CHAPTER 13 |
| | Debtor | |
| VW Credit Leasing, Ltd | | |
| | Movant | |
| vs. | | NO. 15-02850 JJT |
| Glenn R. Frantz | | |
| | Debtor | |
| Charles J. DeHart, III Esq. | | 11 U.S.C. Section 362 |
| | Trustee | |

### ORDER

Upon consideration of the stipulation ( docket 73), it is hereby ORDERED that the Stipulation is approved by the Court.

Dated:  January 16, 2018

**By the Court,**

_____
John J. Thomas, Bankruptcy Judge      (RPR)