# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   GLENN R. FRANTZ                             CHAPTER 13

     Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
     Movant                                        CASE NO: 5-15-02850-JJT

GLENN R. FRANTZ

     Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on October 24, 2018, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of October 24, 2018, the Debtor(s) is/are $18890.00 in arrears with a plan payment having last been made on Sep 06, 2018

In accordance with said stipulation, the case may be dismissed

                                                  Respectfully Submitted,
                                                  /s/ Liz Joyce
                                                  for Charles J. DeHart, III, Trustee
                                                  8125 Adams Drive, Suite A
                                                  Hummelstown, PA 17036
                                                  Phone: (717) 566-6097

Dated: October 24, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: GLENN R. FRANTZ

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CHAPTER 13

CASE NO: 5-15-02850-JJT

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 24, 2018, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

GEORGE M LUTZ, ESQUIRE
HARTMAN, VALERIANO, MAGOVERN & LUTZ
1100 BERKSHIRE BLVD, SUITE 301
WYOMISSING, PA  19610-

SERVED ELECTRONICALLY

SERVED BY 1ST CLASS MAIL

GLENN R. FRANTZ
130 BROOKSHIRE LANE
ORWIGSBURG, PA  17961

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA  17101

SERVED ELECTRONICALLY

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  October 24, 2018

Respectfully submitted,
Liz Joyce
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
eMail: dehartstaff@pamd13trustee.com