```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 15-02850-JJT
Glenn R. Frantz                                                 Chapter 13
         Debtor                    CERTIFICATE OF NOTICE

District/off: 0314-5          User: DGeorge               Page 1 of 2         Date Rcvd: Oct 24, 2018
                              Form ID: pdf010             Total Noticed: 48
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2018.
```
db            +Glenn R. Frantz,    130 Brookshire Lane,    Orwigsburg, PA 17961-9505
cr            +FNB Wealth Management,    396 South Centre Street,    Pottsville, PA 17901-3596
cr            +Tompkins VIST Bank f/k/a Philadelphia Financial Mo,    c/o Joseph L. Haines, Esquire,
                38 North Sixth Street,    P.O. Box 8536,    Reading, PA 19603-8536,    UNITED STATES 19603-8536
4667080      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: BANK OF AMERICA,      PO BOX 982235,    EL PASO, TX 79998)
4667081       +BARCLAYS BANK DELAWARE,    700 PRIDES XING,    NEWARK, DE 19713-6102
4667082       +BEST BUY/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
4667084       +Borough of Orwigsburg,    c/o Eric M. Lieberman, Esquire,     111 EAST MARKET STREET, POB 238,
                Pottsville, PA 17901-0238
4667090       +CBE Group,    P.O. Box 2040,    Waterloo, IA 50704-2040
4718585       +Cavalry Spv I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
                Tucson, AZ 85712-1083
4667093       +FNB Wealth Management,    396 South Centre Street,    P.O. Box 1223,    Pottsville, PA 17901-7223
4685537       +George M. Lutz, Esquire,    Hartman, Valeriano, Magovern & Lutz, PC,
                1100 Berkshire Blvd., Suite 301,    Wyomissing, PA 19610-1292
4667095       +Keller Oil,    1610 Route 61 South,    Schuylkill Haven, PA 17972-1046
4667096       +Lehigh Valley Health Network,    P.O. Box 4120,    Allentown, PA 18105-4120
4667101       +PPL,    827 Hausman Road,    Allentown, PA 18104-9392
4667100       +Powell, Rogers & Speaks, Inc.,    P.O. Box 930,    Halifax, PA 17032-0930
4667102       +Robert J. Frantz,    c/o Frank Cori, Esquire,    P.O. Box 222,    Orwigsburg, PA 17961-0222
4667103       +SANTANDER BANK NA,    450 PENN ST,    READING, PA 19602-1011
4667106       +SIMMONS 1ST NATIONAL,    501 S MAIN ST,    PINE BLUFF, AR 71601-4327
4669715       +Santander Bank, N.A.,    601 Penn St.,    10-6438-FB7,    Reading, PA 19601-3563
4667105       +Sears,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
4667899       +Simmons Bank,    PO Box 6609,    PIne Bluff, AR 71611-6609
4667109        Tobash Home Heating,    541 Route 61 South,    Schuylkill Haven, PA 17972
4667110        Tompkins VIST Bank,    c/o Joseph L. Haines, Esquire,    38 North Sixth Street, POB 8536,
                Reading, PA 19603-8536
4667111       +VIST Bank,    P.O. box 6662,    Ithaca, NY 14851-6662
4667113       +VOLKSWAGEN CREDIT INC,    PO Box 9013,    Addison, TE 75001-9013
4669493       +VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
4667112        Vist Bank/Tompkins Trust Company,    POB 469,    Ithaca, NY 14851
4667115       +WELLS FARGO BANK,    PO BOX 14517,    DES MOINES, IA 50306-3517
4726652        Wells Fargo Bank, N.A.,    P.O. Box 45038 MAC Z3057-012,    Jacksonville, FL 32232-5038
4725128       +Wells Fargo Card Services,    1 Home Campus 3rd Floor,    Des Moines, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4667085       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 24 2018 19:06:10      CACH LLC,
                370 17th Street,    Suite 5000,    Denver, CO 80202-5616
4667086       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 24 2018 19:06:09      CAP1/BOSCV,
                PO BOX 30253,    SALT LAKE CITY, UT 84130-0253
4667087       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 24 2018 19:06:09      CAPITAL ONE,
                PO BOX 30281,    SALT LAKE CITY, UT 84130-0281
4667089       +E-mail/Text: bankruptcy@cavps.com Oct 24 2018 19:05:26      CAVALRY PORTFOLIO SERVICE,
                500 SUMMIT LAKE DR,    VALHALLA, NY 10595-2322
4667091       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 24 2018 19:05:16      COMENITY BANK/BON TON,
                3100 EASTON SQUARE PL,    Columbus, OH 43219-6232
4667088        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 24 2018 19:06:18      Capital One,
                P.O. Box 30285,    Salt Lake City, UT 84130-0285
4678133        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 24 2018 19:06:09      Capital One, N.A.,
                PO Box 71083,    Charlotte, NC  28272-1083
4667094        E-mail/Text: cio.bncmail@irs.gov Oct 24 2018 19:05:14      Internal Revenue Service,
                P.O. Box 7346,    Philadelphia, PA 19101-7346
4667097       +E-mail/Text: Bankruptcies@nragroup.com Oct 24 2018 19:05:38      NATIONAL RECOVERY AGENCY,
                2491 PAXTON ST,    HARRISBURG, PA 17111-1036
4667098      ++E-mail/PDF: cbp@onemainfinancial.com Oct 24 2018 19:06:10      ONEMAIN,    6801 COLWELL BLVD,
                IRVING, TX 75039-3198
4673488        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 24 2018 19:06:18
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4667099        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 24 2018 19:05:18
                Pennsylvania Department of Revenue,    Bankruptcy Division,    Department 280946,
                Harrisburg, PA 17128-0946
4667107       +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2018 19:06:01      SYNCHRONY BANK/LOWES,
                PO BOX 965005,    ORLANDO, FL 32896-5005
4667104       +E-mail/Text: atoomey@co.schuylkill.pa.us Oct 24 2018 19:05:27
                Schuylkill Cty Tax Claim Bureau,    401 N. 2d St.,    Pottsville, PA 17901-1756
4721502        E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2018 19:06:18      Synchrony Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
4686445        E-mail/Text: bankruptcy@td.com Oct 24 2018 19:05:22      TD Bank N.A.,    Attn: Bankruptcy Dept.,
                ME2-002-035,    P.O. Box 9547,    Portland, ME 04112-9547
4667108        E-mail/Text: bankruptcy@td.com Oct 24 2018 19:05:22      TD Bank NA,    P.O. Box 84037,
                Columbus, GA 31908
```

```
District/off: 0314-5           User: DGeorge              Page 2 of 2                Date Rcvd: Oct 24, 2018
                               Form ID: pdf010            Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
4667114        +E-mail/Text: vci.bkcy@vwcredit.com Oct 24 2018 19:05:24      VOLKSWAGEN CREDIT INC,    PO BOX 3,
                 HILLSBORO, OR 97123-0003
                                                                                              TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             ##+Borough of Orwigsburg,    P.O. Box 128,   Orwigsburg, PA 17961-0128
4667083        ##+Borough of Orwigsburg,    POB 128,   209 North Warren Street,    Orwigsburg, PA 17961-1852
4667092        ##+COMMERCIAL ACCEPTANCE CO,    2 W MAIN ST,   Camp Hill, PA 17011-6326
                                                                                    TOTALS: 0, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dirk Stephan Berger    on behalf of Creditor   Borough of Orwigsburg huzyr@comcast.net
              George Meany Lutz    on behalf of Plaintiff Glenn R. Frantz glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              George Meany Lutz    on behalf of Debtor 1 Glenn R. Frantz glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor   VW Credit Leasing, Ltd bkgroup@kmllawgroup.com
              Joseph L Haines    on behalf of Creditor   Tompkins VIST Bank f/k/a Philadelphia Financial
               Mortgage, a Division of Leesport Bank jhaines@hainesattorneys.com
              Martin A Mooney    on behalf of Creditor   VW Credit, Inc. ahight@schillerknapp.com,
               kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com
              Thomas J. Campion, Jr    on behalf of Defendant   FNB Wealth Management tjc@lmbtlaw.com
              Thomas J. Campion, Jr    on behalf of Creditor   FNB Wealth Management tjc@pottsvillelaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 10
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**Glenn R. Frantz**

**Debtor 1**

Chapter: 13

Case No.: 5:15-bk-02850-JJT

**Charles J. DeHart, III, Trustee**

vs.     **Movant(s)**

**Glenn R. Frantz**

**Respondent(s)**

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor be and it hereby is dismissed.

Dated: October 24, 2018

By the Court,

_____

John J. Thomas, Bankruptcy Judge (RPR)